UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abner E. Sparkes
_____

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

The City of New York
Police Officer John Doe
Et-al. (personally and in his official
capacities)

COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes  ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

RECEIVED
DEC 10 2024
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Abner / E. / Sparkes
First Name / Middle Initial / Last Name

N/A

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

BK# 441-200-1308  (NYSID #) 07343549L

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rikers Island in Building Eric M. Taylor Center
Current Place of Detention

10-10 Hazen Street
Institutional Address

East Elmhurst, New York, 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   The City of New York
First Name ___ Last Name ___ Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City ___ State ___ Zip Code

Defendant 2:   John Doe
First Name ___ Last Name ___ Shield #

Police Officer
Current Job Title (or other identifying information)

1 Police Plaza
Current Work Address

New York, N.Y., 10009
County, City ___ State ___ Zip Code

Defendant 3:
First Name ___ Last Name ___ Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City ___ State ___ Zip Code

Defendant 4:
First Name ___ Last Name ___ Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City ___ State ___ Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 105 Precint in Queens New York

Date(s) of occurrence: July 14, 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On July 14, 2020 I went to the 105th Precint for a non-related incindent and was arrested for the crimes of Attempted Murder, Assault, Criminal possession of a Weapon, and Reckless Endangerment none of which I committed that were dismissed in Queens Supreme Court on January 27, 2022. And I was Unlawfully incarcerated on Rikers Island from the dates of July 14, 2020 until January 27, 2022.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental stress and Anguish, False imprisonment, deframation of Character, loss of family ties, loss of housing and property and false prosecution.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to be Compensated with monetary relief of 10,000,000 (Ten Million Dollars) for the mental stress and anguish me and my family experienced because of this incident on top of the loss of wages and property.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: November 20, 2024

Plaintiff's Signature: [signed]

First Name: Abner
Middle Initial: E
Last Name: Sparkes

Prison Address: 10-10 Hazen Street

County, City: East Elmhurst
State: New York
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: November 20, 2024

CERTIFIED MAIL

9589 0710 5270 2179 4270 43

RECEIVED
DEC 0 5 2024
CLERKS OFFICE
S.D.N.Y.

RECEIVED
DEC 10 2024
PRO SE OFFICE SDNY

U.S. POSTAGE PAID
FCM LETTER
ASTORIA, NY 11103
DEC 03, 2024
$9.96
S2324M503666-26

10007
Retail
RDC 99

pro se